# UNITED STATES DISTRICT COURT
for the
District of Alaska

United States of America )
v. )
) Case No. 4:13-mj-00049-SAO
Randall FRANK )
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 9/4/2013 in the county of USA in the District of Alaska, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1) | Possession of a Controlled Substance |
| 21 USC 846 | Conspiracy to Possess a Controlled Substance |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Redacted Signature

*Complainant's signature*

Wendy Chang, Special Agent DEA

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/5/2013

City and state: Fairbanks, Alaska

Redacted Signature

*Judge's signature*

Scott A. Oravec, US Magistrate Judge

*Printed name and title*