# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>Randall FRANK | No.<br><br>**AFFIDAVIT OF WENDY CHANG IN SUPPORT OF A CRIMINAL COMPLAINT** |

I, Wendy Chang, being duly sworn, depose and state the following:

1. I have been a Special Agent with the Drug Enforcement Administration (DEA) since July 2004. I am currently assigned to the Fairbanks Post of Duty, Anchorage District Office. I have personally participated in numerous investigations involving illegal drug trafficking and money laundering, and I also have reviewed reports of investigations concerning these offenses, which were prepared by Special Agents of the DEA and other law enforcement agencies.

2. The information contained below is from my personal knowledge, and from other law enforcement agents and officers, or from specific sources as set forth.

3. On August 29, 2013, the subject Parcel was identified as suspicious by a UPS Security Manager for the Phoenix, Arizona UPS Hub. The Subject Parcel is UPS Tracking Number 1Z17W02R0112605754 addressed to "C/O Robin Allen & Jennifer

Frank, Broad Pass Café, Parks Hwy Mile Post 210, Cantwell, Alaska 99729", from "James Hetfield, The UPS Store #5320, Ste C, 122, 5350 W. Bell Rd., Glendale, AZ 85308-3906". The Broad Pass Café is located at Mile 209 of the Parks Highway in Cantwell, Alaska, and is owned and operated by Randall and Jennifer FRANK.

4. The UPS Security Manager (Rick Nelson) informed Detective Russo of Phoenix Police Department that with this information he opened the Subject Parcel and found what he described as two separate bags of methamphetamine secreted inside a thermos.

5. Detective Russo responded to the UPS Hub in Phoenix and seized the Subject Parcel and transported it to his office where he inspected the contents to confirm the UPS Security Manager's observations. Detective Russo reported that there were two clear heat sealed bags; one contained approximately .5lb of methamphetamine and the other containing approximately .6lb of methamphetamine and these two bags were inside a thermos inside the Subject Parcel. Detective Russo then contacted the DEA Anchorage District Office (ADO) to coordinate the shipment of the Subject Parcel to Anchorage for a delivery by DEA.

6. On September 3, 2013, DEA TFO Vance Peronto received the Subject Parcel at the DEA Anchorage District Office. TFO Peronto first tested the contents of the two bags of suspected methamphetamine with a NIK field test kit, which resulted in a positive reaction for methamphetamine. The methamphetamine was then removed and replaced by a counterfeit substance.

7. TFO Peronto applied for and was granted court order authorizing law enforcement officers to place an electronic monitoring device, and a GPS tracking device, and to deliver the parcel to the TARGET RESIDENCE. The search warrant allowed law enforcement to monitor the electronic monitoring device in order to determine when the SUBJECT PARCEL was opened, and then to enter and secure the location of the parcel in anticipation of further applications to a court.

8. On September 4, 2013, at about 2:18PM, DEA delivered the aforementioned Subject Parcel to its intended delivery location, the Broad Pass Café in Cantwell. DEA agents inside the Café positively identified Jennifer FRANK as the individual who accepted the parcel from a DEA agent acting in an undercover capacity.

9. Agents remained in the area of the TARGET RESIDENCE until at about 4:03PM, when the subject parcel changed the audible tone to one that is associated with the subject parcel being opened.

10. At about 4:10PM, agents served court order 3:13-mj-00265-DMS on the TARGET RESIDENCE. Agents contacted two individuals inside the TARGET RESIDENCE, Russell MILLER and Randall FRANK. Both were positively identified by their Alaska Vehicle Operators License Photos. Agents also contacted Robert FORSLAND outside the TARGET RESIDENCE.

11. TFO Peronto told me he observed the subject parcel opened and nearly all the contents laid out on a breakfast bar in the kitchen area. Other agents discovered the fake controlled substances inside the toilet in the only bathroom in the TARGET

RESIDENCE. All the contents associated with the subject parcel were recovered and the aforementioned search warrant service was completed.

12. After securing the residence both MILLER and FRANK were subjected to black light which will cause surfaces to fluoresce when exposed to "clue spray," which the packaging containing the fake controlled substances were coated with. Both MILLER and FRANK's hands fluoresced when subjected to the black light and were coated in the clue spray.

13. Based on my knowledge of the case, I believe that Russell MILLER and Randall FRANK committed crimes in violation of 21 USC 841 and 21 USC 846, specifically possession of a controlled substance, possession of a counterfeit substance and conspiracy to possess a controlled substance.

EXECUTED on 9/5/13 in Fairbanks, Alaska.

Recacted Signature
WENDY CHANG
Special Agent
Drug Enforcement Administration

SUBSCRIBED AND SWORN TO before me on September 5, 2013 in Fairbanks, Alaska.

Redacted Signature
Scott A. Oravec
US Magistrate Judge